FILED

2009 Aug-25  AM 10:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LUTHER ALLEN SMITH,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:08-CV-1485-RDP** |
| | ) | |
| **GARY HETZEL, Warden;** | ) | |
| **ATTORNEY GENERAL FOR THE** | ) | |
| **STATE OF ALABAMA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## <u>MEMORANDUM OF OPINION</u>

The magistrate judge filed his findings and recommendation on August 7, 2009, recommending that the petition for writ of habeas corpus be denied.  On August 18, 2009, Petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by Petitioner, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**.  Accordingly, Petitioner's objections are due to be overruled and the petition for writ of habeas corpus is due to be denied.  A Final Judgment will be entered.

**DONE** and **ORDERED** this _____24th_____ day of August, 2009.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE