# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LUTHER ALLEN SMITH,** | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:08-cv-1485-RDP-PWG |
| **ATTORNEY GENERAL FOR THE STATE OF ALABAMA,** | ) |
| Respondents. | ) |

## MEMORANDUM OF OPINION

The Magistrate Judge filed his Findings and Recommendation on October 25, 2010 recommending that the petition for writ of habeas corpus be denied. The parties were allowed an opportunity in which to file objections to the Magistrate Judge's Findings and Recommendation. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, the court is of the opinion that the Magistrate Judge's Findings are due to be and are hereby **ADOPTED** and his Recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be denied. A Final Judgment will be entered.

**DONE** and **ORDERED** this      22nd      day of November, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE